# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2024-2317
Lower Tribunal No. 2022-CA-004577

———————————————

DONALD E. OSWALD,

Appellant,

v.

THE CITY OF FORT MYERS,

Appellee.

———————————————

Appeal from the Circuit Court for Lee County.
Joseph C. Fuller, Judge.

October 21, 2025

PER CURIAM.

AFFIRMED.

NARDELLA, WOZNIAK and BROWNLEE, JJ., concur.


G. Ware Cornell, Jr., of Cornell & Associates, P.A., Weston, and David Z. Seide, of Government Accountability Project, Washington, D.C., Pro Hac Vice, for Appellant.

Brendan J. Shearman and William Boltrek, III, of Henderson, Franklin, Starnes & Holt, P.A., Fort Myers, and Grant Alley and Travis Cary, of City Attorney's Office, Fort Myers, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED